# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                        CASE NO. 3:98cr47LAC

THOMAS JEFFERSON BRELAND, III

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __March 28, 2006__

Motion/Pleadings: __TITLE 28 USCA § 2241 (A)(D) MOTION AND RULE 35(b) SUPPORTING BY TITLE 18 USCA § 3582__

Filed by __DEFENDANT PRO SE__ on __3/16/06__ Doc.# __181__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of April, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.