**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:98cr47LAC

THOMAS BRELAND

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 13, 2008
Motion/Pleadings:  MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. SECTION 3582(c)(2) and REQUEST FOR APPOINTED COUNSEL
Filed by  DEFENDANT PRO SE         on 5/12/08         Doc.# 199

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)      Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) The defendant was held accountable for 7 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment based upon this amendment.*

                                                         _s/L.A. Collier_
                                                       **LACEY A. COLLIER**
Entered On Docket: _____ By: __   *Senior United States District Judge*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.