**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                     CASE NO. 3:98cr47 LAC

THOMAS BRELAND, III

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   July 9, 2008
Motion/Pleadings: REQUEST FOR LEAVE OF COURT TO SUPPLEMENT MOTION FOR REDUCTION OF SENTENCE WITH EDUCATION DATA TRANSCRIPT
Filed by DEFENDANT PRO SE   on 7/7/08   Doc.# 201

RESPONSES:

                                                  on               Doc.#
                                                  on               Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 10th day of July, 2008, that:*
*(a) The relief requested is **DENIED**.  MOOT.*
*(b) See doc. 200.*

                                                                        *s/L.A. Collier*
                                                             ***LACEY A. COLLIER***
                                              ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.