UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:98cr47 LAC

THOMAS J. BRELAND, III

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    AUGUST 26 , 2008
Motion/Pleadings:  MOTION TO ALTER OR AMEND JUDGMENT ORDER ENTERED JULY 3, 2008
Filed by  DEFENDANT PRO SE          on 7/29/08          Doc.# 203

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of August, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

s/*L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.