# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                      CASE NO. 3:98cr47-02/LAC

THOMAS JEFFERSON BRELAND III

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 3, 2010

Motion/Pleadings: MOTION FOR RECONSIDERATION AND CLARIFICATION RE: ORDER (DOCUMENT #200) DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) (DOCUMENT #199)

Filed by DEFENDANT PRO SE    on 1/25/2010   Doc.# 206

RESPONSES:

  NONE                                on            Doc.#

                                     on            Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2010, that:*

*(a) The relief requested is **DENIED. MOOT.***

*(b) See Doc. 204.*

*s/ L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***